IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action No. 14 – 85M |
| v. | |
| CHARLES JOBE, | |
| Defendant. | |

## MOTION AND ORDER FOR BENCH WARRANT

NOW COMES the United States of America, by and through its attorneys, Charles M. Oberly, III, United States Attorney for the District of Delaware, and Elizabeth L. Van Pelt, Special Assistant United States Attorney, and hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant in the above-captioned case, as a result of the Criminal Complaint issued against him on June 6, 2014.

Respectfully Submitted,
CHARLES M. OBERLY, III
UNITED STATES ATTORNEY

By: _____
Elizabeth L. Van Pelt
Special Assistant United States Attorney

Dated: June 6, 2014

**AND NOW**, this __6__ day of __June__, 2014, based upon the foregoing Motion, **IT IS ORDERED** that a warrant be issued for the arrest and apprehension of Charles Jobe.

_____
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF DELAWARE