AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Delaware

United States of America
v.

CHARLES JOBE

*Defendant*

Case No. 14-85M

FILED U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2014 JUN 13 PM 3:26

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Assault on a Federal Officer.

Date: 06/06/2014

*Issuing officer's signature*

City and state: Wilmington, Delaware

Hon. Mary Pat Thynge, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 06/06/2014, and the person was arrested on *(date)* 06/13/2014
at *(city and state)* NEW CASTLE, DE.

Date: 06/13/2014

*Arresting officer's signature*

SA JOSEPH P. GORDON, FBI
*Printed name and title*